UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/19/10

PRO SE OFFICE

CHIKEZIE OTTAH

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

10 Civ. 7296 (CM) ( )

- against -

**AFFIRMATION IN OPPOSITION TO MOTION**

1ST MOBILE TECHNOLOGIES

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, CHIKEZIE OTTAH (name), **affirm under penalty of perjury** that:

1. I, CHIKEZIE OTTAH (name), am the plaintiff/defendant (circle one) in the above entitled action, and respectfully submit this affirmation in opposition to the motion dated NOVEMBER 8, 2010 (date of motion), made by 1ST MOBILE TECHNOLOGIES (name of moving party) asking that the court order the following relief: DISMISS THE CASE REASONS ARE. COURT DOCUMENT NOT PROPERLY SERVED AND PLAINTIFF HAD NO CLAIMS TO GET RELIEF (state what the moving party wants the Judge to order).

2. I have personal knowledge of facts which bear on this motion because THE FACT IS THAT 1ST MOBILE TECHNOLOGY INFRINGED ON MY PATENT # US 7,152,840. SEE THE ATTACHED (state the basis on which you learned of the relevant facts)

3. The motion should be denied because *(state your reasons using additional paragraphs and sheets of paper as necessary)* 11/18/10 ANOTHER ATTEMPT WAS MADE TO SERVE THE DEFENDANT, THEY REFUSED THE COURT DOCUMENT. IN THE ATTACHED PAPERS I DECLARE MY CLAIMS.

4. In view of the foregoing, it is respectfully submitted that the motion should be denied.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 11/19/10 NYC (city), NYS (state)
NOVEMBER (month) 19 (day), 2010 (year)

Signature [signature]
Address 1035 CLARKSON AVE. BKLYN. NY. 11212
718 581 4539
Telephone Number ______
Fax Number *(if you have one)* ______

AFFIRMATION IN OPPOSITION TO MOTION
11/19/10

PRELIMINARY DOCUMENT

CHIKEZIE OTTAH

10 CIV. 7296 (CM)(DCF)

V

1ST MOBILE TECHNOLOGY

SIR

THE DEFENDANTS HAVE FILED A MOTION FOR DISMISSAL BASE ON COURT PAPERS NOT PROPERLY SERVED AND THERE IS NO GROUND FOR RELIEF DO TO NO CLAIMS

BELOW YOU FIND ATTACHED DOCUMENTS

AN ABSTRACT AND CLAIMS : PAGE 1 OF 4

1ST MOBILE TECHNOLOGIES NOTE BOOK HOLDER : PAGE 2 OF 4

1ST MOBILE TECHNOLOGIES NOTE BOOK : PAGE 3 OF 4

A BOOK / NOTE BOOK ILLUSTRATED PICTURE : PAGE 4 OF 4

ATTACHED COPY OF PATENT #7152840 :

LETTER FROM THE SERVICE : PAGE 2 OF 2

SUMMARY AND RELIEF : PAGE 1 OF 1

STATE OF CLAIM:

CHIKEZIE OTTAH, PLAINTIFF

10 CIV 7296

PATENT INFRINGEMENT

PATENT # US 7152840

TITLE: BOOK HOLDER

ABSTRACT OF INVENTION

A BOOK HOLDER REMOVABLY ATTACHABLE TO A VEHICLE OR STRUCTURE SUCH AS A STROLLER, WALKER, WHEELCHAIR OR CAR SEAT. THE BOOK HOLDER FOR HOLDING A BOOK OR MOBILE APPLICATIONS. OR DRAWING SURFACE IN A USABLE POSITION THEREIN FOR BY THE OCCUPANT OF THE VEHICLE. THE BOOK HOLDER COMPRISING AN ADJUSTABLE CLASP ON THE VEHICLE, AN ARM EXTENDING TO A BOOK PLATFORM, THE ARM PROVIDING ROTATIONAL PIVOTAL AND AXIAL ADJUSTMENT TO HOLD THE PLATFORM IN SPACED RELATION TO THE CLASP. A PLURALITY OF SPRING BIASED CLAMPS ON THE PLATFORM TO SECURE THE BOOK TO THE BOOK HOLDER.

SUPPORT DOCUMENT DRAW FROM THE SPECIFICATION

THE BOOK PLATFORM 12 MAY ALSO BE USED TO SUPPORT SUCH ITEMS AS AUDIO/VIDEO EQUIPMENT, PDAS, OR MOBILE PHONES, CAMERAS, COMPUTERS, MUSICAL INSTRUMENTS, TOYS, PUZZLES AND GAMES. THE PANEL 16 MAY BE PROVIDED WITH A SET OF MOUNTING POSITIONS FOR RECEIVING AND/OR MOUNTING THE ABOVE ITEMS. (NOT SHOWN)

CLAIMS

A BOOK HOLDER WITH PLATFORM, CLIP, POLE STRUCTURE. ADJUSTABLE HANDLE/ARM. PLURALITY OF NUTS, SCREW, BOLTS. AND ADJUSTABLE POLE STRUCTURE. A BASE WAS ILLUSTRATED IN FIG. 7 AND CLAIMED. FOR CLARITY THE FOLLOWING EMBODIMENTS SUPPORT AND EXPLAIN THE DRAWING IN FIG 7. PAGE 4, PARAGRAPH 4 AND PAGE 5, PARAGRAPH 3.

HOME | ABOUT US | MANAGEMENT | CONTACT US

Top » Catalog

**Products**

**Installations**

**Catalog**

**Partners**

**Case Studies**

**Categories**

Docks/Cradles »
Tilt/Swivel
Top Plate
Poles
Base Mounts »
Accessories »

**Search**

Use keywords, part #, part name or vehicle type.

**Advanced**

First Mobile Technologies' products are interchangeable and allow you to build a solution that best fits your needs. Roll over components below for details or click component to see products.

Touch a section of the system to begin
(click it to visit product section)

Chip
Chip-03
02 → platform
01 – adjustable handle/arm
01
E08
04 – pole ...
→ base with nuts/screw bolts
removable attached to vehicle
(base) Fig 7. Drawing page 4 of 4

home | about us | management | contact us | products | installations | catalog | partners | case studies

© 2010 First Mobile Technologies, All Rights Reserved

1013 Conshohocken Road, Building #4, Conshohocken, PA 19428-0978

page 2 of 4

header only



BOOKS HAVE IMPROVED
THIS IS A READ/WRITE
NOTE BOOKS

AN IMPROVED BOOK

PAGE [illegible] OF 4

Fujitsu LifeBook T730 XBUY-T730-W7-006 Tablet PC - Intel Core i5-460M 2.53GHz, 4GB DDR3, 160GB HDD

# BOOK HOLDER

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to a removable book holder assembly for use by a person in a protective or mobile structure such as a car seat, wheelchair, walker, or stroller. The Book holder having an adjustable, releasable clipping means and a support arm configured for axial, rotational and pivotal adjustment of the book supporting surface of the book holder to hold a book in a readable position in front of the user.

2. Description of the Related Art

The prior art of book holders comprises a variety of devices for supporting a book on a platform in a position for viewing or reading. A conventional book holder includes a supporting structure for supporting the book support on a table. The platform is supported by a table or other such flat structure as seen in the Michela U.S. Pat. No. 5,755,423 for a FOLDING PORTABLE SUPPORT STAND, wherein a device is disclosed comprising hinged covers folding into a support structure for holding a booking the open position on a flat horizontal surface.

The prior art also discloses structures built around the person to hold a book in useful relation such as the ADJUSTABLE BOOK HOLDER in U.S. Pat. No. 6,202,973 to Navarin et al. In the '973 patent a structure is disclosed for holding a book in a readable position on a structure attachable to the reader's torso. The Weeks U.S. Pat. No. 3,497,882 for SUPPORT MECHANISM FOR SUPPORTING VARIOUS DEVICES TO BE EMPLOYED IN COOPERATION WITH A HOSPITAL BED likewise discloses a support structure disposed over the bed and a book holder slidably mounted on the support structure for holding the book in reading position while the reader is lying in bed.

The Wiersma U.S. Pat. No. 4,201,013 for a BOOK HOLDING DEVICE discloses a detachable device for use on a bed to suspend a book holder from over the reader's head. The Wiersma device is clamped to a headboard of a bed using C-clamps.

The book holders disclosed in the prior art suffer from a number of disadvantages. In particular, such book holders include do not provide an adequate solution for young children or mobility limited adults. These people spend a significant amount of their time outdoors (e.g., parks, beaches, playground, theme parks, etc) and conventional book holders are primarily designed for indoor use. The book holders in the prior art lack the ease of application to a mobile vehicle such as a wheelchair or stroller to allow the reader to have mobility to explore their environment in a stationary sitting or reclining position while reading a book supported on the mobile vehicle. As a result, the learning benefits are significantly reduced.

The prior art does not accommodate easy and quick attaching the book support onto a structure for mobile use. Thus there is a need for an improved Book Holder that is quickly and easily clipped to a mobile vehicle such as a wheelchair or stroller for holding the book in a reading position in spaced relation to the clip.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a book holder that can be easily and remvoably attached to and removed from a bar or portion of the mobile vehicle without tools.

It is an object of the present invention to provide an adjustable clasp for attaching the book holder to the mobile vehicle to easily and quickly attach or detach the book holder.

It is further object of the present invention to provide an arm between the clasp and the book support platform to hold the book in spaced relation from the clip.

It is another object of the present invention to provide a pivotal attachment between the clasp and the support platform to hold the book on the support platform at a selected angle with respect to the reader for ease of viewing.

It is another object of the present invention to provide a telescoping arm between the clasp and the book support platform to axially adjust the position of the support platform with respect to the clasp to position the platform in a position for ease of viewing by the reader.

It is another object of the present invention to provide a book holder having an elongate arm with a rotational adjustment to rotate the position of the support platform with respect to the clasp to a position for ease of viewing by the reader.

It is another object of the present invention to provide a clasp comprising a clip having an adjustable, resilient arm for removably attaching to a mounting structure on the mobile vehicle.

It is another object of the present invention to provide a locking means on the book holder to retain the rotational, pivotal and axial position of the support platform with respect to the clasp.

It is another object of the present invention to provide a support platform adaptable for use as a writing board.

It is another object of the present invention to provide a connector means for remvoably securing a book to the book holder in a reading position.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view of a book holder showing a first embodiment of the present invention;

FIG. **2** is a schematic view of a book holder according to a second embodiment of the present invention;

FIG. **3** is an exploded view of a book holder illustrating the square telescoping arm;

FIG. **4** is a side perspective view of the book holder of FIG. **1** illustrating an alternative clip arrangement;

FIG. **5** is a perspective view an adjustable clip:

FIG. **6** is a perspective view of a book clamp.

FIG. **7** is a perspective view of a clip arm.

FIG. **8** is a elevation view of a plurality of clip arms from FIG. **7** on the clasp for releasable attachment of the book holder to a mobile vehicle.

## DETAILED DESCRIPTION OF THE INVENTION

Referring to FIG. **1** there is illustrated a book holder assembly **10** according to the first embodiment of present invention. The book holder **10** comprises a book platform **12** and an adjustable arm **14** and a clasp **15**. The book platform **12** includes a generally planar panel **16** having a front **18** and a rear surface **20**. The front surface **18** is configured to hold a book or suitable for use as a writing/drawing board (eg a white-board, a blackboard, an electronic board). The rear surface **20** of the book platform **12** is attached to the adjustable support arm **14** at angle suitable for reading. The book platform **12** can be integrally formed with the support arm **14** such that the support arm **14** forms a portion of the

book support protrudes from the rear surface **20** of the panel **16**. Preferably, though the supporting arm **14** and the book platform **12** are provided as separate items to be assembled by the user.

Mounted to the front surface **18** of panel **16** are two pairs of spring biased book clamps **22** for securing a book (not shown) to the book holder **10**. The first pair of spring biased book clamps **22**_a_, **22**_b_ is located near the top edge **24**. The second pair of spring biased book clamps **22**_c_, **22**_d_ is located near the bottom edge **26**.

Continuing to refer to FIG. **1** the panel **16** may be made of plastic and the book clamps **22** made of steel covered by plastic. However, other materials such as wood, metal, etc, and combination thereof may be used in the manufacturing of the book holder assembly **10**.

The arm **14** comprises a first end **23** and second end **25**. The clasp **15** is on the first end **23**. The second end **25** is a spaced from the first end **23**. The second end **25** is adjustably attached to the book platform **12**. The arm **14** includes a telescoping arrangement **32** in which an upper support portion **34** of the support arm **14** slides within a lower support portion **36** and is held at a selected position by a locking member **55** (FIG. **2**). The lower support portion **36** of the support arm **14** is attached to the clasp **15**. The clasp **15** comprises one or more clips **40** for removeably attaching the book holder **10** to the mobile vehicle (not shown).

The clips **40** are adjustable in shape and size to fit the shape and size of the supporting frame member on the mobile vehicle (not shown). The clips **40** comprise a pair of resilient C-shaped clip arms **42** adjustably attached to the clip **40**. The first clip arm **42**_a_ is spaced from the second clip arm **42**_b_ in order to tightly retain the supporting frame member of the mobile vehicle (not shown) therebetween. To secure the book holder **10**, the user forces the clip arms **42**_a_ and **42**_b_ apart to allow the frame member to slip between the clip arms **42**_a_, **42**_b_. The clip arms **42**_a_, **42**_b_ then snap resiliently together to hold the book holder **10** to the frame member (not shown) of the mobile vehicle (not shown).

Referring to FIG. **2**, the book holder **210** comprises a book support platform **212**, a generally planar panel **216**, a support arm **214** and a dual clasp **215**. The support arm **214** comprises a support member **50** extending from the middle section of the panel **216**, an elongate arm **52** and an adjustable angle mount **54**. The angle mount **54** connects the support member **50** to the elongate arm **52** to hold the panel **216** in spaced relation to the clasp **215**. The angle mount **54** comprises locking member **55** to hold the panel **216** and clasp **215** in the user selected position. The angle mount **54** allows the panel **216** to be adjusted both axially and rotationally with respect to the clasp **215**. The book support **212** may be pivotally mounted (FIG. **4**) to the support member **50** to allow the panel **216** to be pivoted with respect to the support member **50**.

Continuing to refer to FIG. **2**, the dual clasp **215** comprises a clip bar **238** and a pair of clips **240** attached to the clip bar **238**. The clips **240** are spaced from each other to provide a secure attachment to the mobile vehicle (not shown). As a result, the book holder **210** of FIG. **2** is adjustable for height and rotation and pivotal angle with respect to the clasp **215**.

Referring now to FIG. **3** an alternative support arm **314** comprises concentrically mounted, square tube members **60**, **62**. The open box-shaped male member **60** is adapted to attach to a book support platform (**12**, FIG. **1**) on one end and slidably insert into member **62** with the other end. The male member **60** is adapted for separable, concentric interconnection with the female member **62** to form a telescoping arrangement for axial adjustment of the spaced relational distance between the book support **312** and the female member **62**. The male member **60** comprises a front portion **64**_a_, a back portion **66**_a_, a pair of side portions **68**_a_ and **70**_a_, a lower portion **72**_a_, and a top **74**_a_. The side portions **68**_a_ and **70**_a_ of the male member **60** have holes **80**_a_ formed in a pattern therein. The top **74**_a_ is adapted to attach to the book support (**12**, FIG. **1**). The female member **62** comprises a front portion **66**_b_, a back portion **66**_b_, a pair of side portions **68**_b_ and **70**_b_, a lower portion **72**_b_, and an open top **74**_b_. The side portions **64**_b_ and **66**_b_ of the male member **62** have holes **80**_b_ formed therein for concentric alignment with the holes **80**_a_ in the male member **60**. The lower portion **72**_b_ is adapted to attach to the clasp **15**. The male member **60** fits slidably into the female member **62** such that at least one hole **80**_a_ in the side wall **64**_a_ of male member **60** is concentrically aligned with a hole **80**_b_ in the adjacent side wall **64**_b_ of the female member **62** at a predetermined position to axially space the clasp **15** from the book support (**12**, FIG. **1**). The user then fixes the male member **60** to the female member **62** by connector means (not shown).

FIG. **4** illustrates a book holder **410** comprising a book support **412** and a support arm **414**. The support arm **414** comprises a clasp **15**, a lower section **73** and an upper section **75**. The clasp **15** comprises an adjustable clip **70** mounted on the lower section **73**. The adjustable clip **70** is rotatable with respect to the arm **414** to removably attach the book holder **410** to a vertical or horizontal object (eg, a pole) (not shown) on the mobile vehicle. The arm connector **415** rotateably and slidably attaches the lower section **73** of the supporting arm **414** to the upper section **75**. the upper section **75** has pivotal connector **420** (FIG. **4**) on the book support **412**. The clip **70** has adjustable clip arms **74**_a_, **74**_b_ to allow different sizes of objects to be attached to the book holder **410**. The position of the clip arms **74**_a_, **74**_b_ along the clip body **78** can be selectively fixed by a screw **415**.

Referring to FIG. **5**, the clasp **15** includes a clip body **101**and a pair of clips arms **74**_a_, **74**_b_ extending from the clip body **101**. The clip **70** comprises a clip head **79** having a plurality of holes **77** fastener. The clip arms **74**_a_, **74**_b_ are mounted on the clip head **79** in spaced relation to securely and removably attach the book holder **410** (FIG. **4**) to the mobile vehicle (not shown). The body **101** of the clip **70** may have a plurality of holes **91** formed therein in spaced relation to each other for adjustable connection of the clip **70** to the arm **414** (FIG. **4**). Each clip arm is attached to the clip body in one of several selectable positions along said clip body. Preferably, the clip **70** includes a clip body **101** on the arm **414**, a clip head **79** on the clip body **101** and a plurality of clip arms **74**_a_, **74**_b_ removably attached to the clip head **79**. A screw **415** orother fastener is remvoably attached to the clip head **79** for selectively fixing the position of said clip arm along said clip body. The clip means may alternatively be a spring clip or include at least one resilient clip arm.

Referring to FIG. **6** the head **79** is shown with two sets of clip arms **74**_a_, **74**_b_ Each clip arm **74**_a_ and **74**_b_ is attached by fastener **81** which may be removable such as a screw. The arms **74** are thereby adjustably spaced from each other to adapt to resiliently clasping onto a mounting portion of the mobile vehicle (not shown).

referring to FIG. **7** a clip arm **74** is shown comprising a flex section **103**, a base **102** and a tip **107**. The base **102** has one or more holes **109** formed therein for aligning with a hole on the clip head **79** to accommodate attaching the clip arm **74**_a_ to the clip head **79** by screw, rivet or other mechanical fastener **81**. The clip arms **74**_a_, **74**_b_ are attached to the clip head **79** in a C relation (FIG. **6**) to form adjustable

clasp **15**. The flex section **103** allows the tip **107** to deflect from its rest position to accommodate the portion of the vehicle to be attached to be disposed between the clip arms **74***a*, **74***b*. The resilient material of the lip arms **74***a*, **74***b* urges the tip **107** back to the rest position causing the clip arm **74***a*, **74***b* to bear against the vehicle to removably attach the book holder **10** to the vehicle (not shown). Tip **107** may also have holes **109** formed therein for alternate configurations on head **79** (FIG. **6**) or alternate attachment methods.

Referring to FIG. **8**, a book clamp **22** comprising a body **108**, a spring **120** and a slidable grip **122**. The slidable grip **122** is slidably mounted to the body **108**. The spring **120** has a first end **124** on the body **108** and a second end **126** on the grip **122** to urge the grip in the clamped position **127**. The book clamp **22** is mounted to the panel **16** having the grip **122** extending from the front surface **18** for engaging a book or other device to be retained on the book holder **10**. The spring **129** and slidable attachment between the grip **122** and the clamp body **108** allow the grip to be moved into position to engage the book with the finger portion **128** of the grip **122**. The spring **120** bears against the grip **122** to hold the book against the front surface **18** thereby securing the book (not shown) to the book holder **10**.

In use, the book holder **10** is attached to the vehicle (not shown) by use of the clasp **15**. The clasp **15** is rotationally adjusted on the support structure on the vehicle to begin the book holder **10** adjustment to a usable position. The telescoping mechanism in the arm **14** is used to axially adjust the spacing between the clasp **15** and the support platform **12**. The rotational coupling between the first end of the arm **14** and the second end of the arm is used to rotate the support platform around the axis of the arm **14** to an operable position. Lastely, the pivotal connection **420** (FIG. **4**) between the arm **14** and the support platform **12**.

The book platform **12** may also be used to support such items as audio/video equipment. PDAs, or mobile phones, cameras, computers, musical instruments, toys, puzzles and games. The panel **16** may be provided with a set of mounting positions for receiving and/or mounting the above items (NOT SHOWN).

Although the invention has been described above in connection with particular embodiments and examples, it will be appreciated by those skilled in the art that the invention is not necessarily so limited, and that numerous other embodiments, examples, uses, modifications and departures from the embodiments, examples and uses are intended to be encompassed by the claims attached hereto. The entire disclosure of each patent and publication cited herein is incorporated by reference, as if each such patent or publication were individually incorporated by reference herein.

We claim:

1. A book holder for removable attachment, the book holder comprising:

a book support platform, the book support platform comprising a front surface, a rear surface and a plurality of clamps, the front surface adapted for supporting a book, the plurality of clamps disposed on the front surface to engage and retain the book to the book support platform, the rear surface separated from the front surface;

a clasp comprising a clip head, a clip body and a pair of resilient clip arms, the clip arms adjustably mounted on the clip head, the clip head attached to the clip body; and

an arm comprising a first end and a second end and a telescoping arrangement, the clasp on the first end, the second end pivotally attached to the book support platform, the telescoping arrangement interconnecting the first end tob the second end, the clasp spaced from the book support platform wherein the book holder is removably attached and adjusted to a reading position by the telescoping arrangement axially adjusting the spaced relation between the book support platform and the clasp and the pivotal connection on the book support platform pivotally adjusting the front surface with respect to the arm.



24
22a
22b
12
18
10
28
30
20
25
16
34
14
26
42a
22d
32
22c
44
23
15
40
36
426

Fig. 1

212
222
210
216
50
214
54
52
240a
215
240b

Fig. 2



Fig. 3



107
102
109
103
Fig. 7
126
127
128
122
Fig. 6
22
108
120
124
81
74b
74a
79
104
106
74b
74a
Fig. 8

US007152840B2

(12) **United States Patent**
**Ottah et al.**

(10) **Patent No.: US 7,152,840 B2**
(45) **Date of Patent: Dec. 26, 2006**

(54) **BOOK HOLDER**

(76) Inventors: **Chikezie Ottah**, 1035 Clarkson Ave., Apt 5a, Brooklyn, NY (US) 11212; **Chineye Ottah**, 4th Ave #6, TransEklu, GRA, Enugu State (NG); **Keneth Ottah**, 4th Ave #6, TransEklu, GRA, Enugu State (NG)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/366,779**

(22) Filed: **Apr. 24, 2003**

(65) **Prior Publication Data**

US 2004/0214154 A1 Oct. 28, 2004

(51) **Int. Cl.**
*A47B 5/04* (2006.01)

(52) **U.S. Cl.** .......... **248/444.1**

(58) **Field of Classification Search** .......... 434/179, 434/308, 309, 317, 322, 365, 428, 430, 432; 248/441.1, 444, 445, 448, 449, 450, 451, 248/454, 458
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,377,230 A * 5/1921 Taylor .......... 248/454
2,439,950 A * 4/1948 Rogers .......... 248/447
2,627,694 A * 2/1953 Saecker .......... 248/447
3,351,312 A * 11/1967 Ballas .......... 248/448
3,408,032 A * 10/1968 Francis .......... 248/450
3,497,882 A * 3/1970 Weeks .......... 482/148
4,021,013 A * 5/1977 Wiersma .......... 248/453
4,431,156 A * 2/1984 Mena .......... 248/445
4,553,728 A * 11/1985 Corsello .......... 248/452
4,591,124 A * 5/1986 Hellenbrand et al. .......... 248/447.2
4,790,506 A * 12/1988 Malinowski et al. .......... 248/441.1
4,867,407 A * 9/1989 Becker .......... 248/444.1
5,054,736 A * 10/1991 Champoux .......... 248/444
5,059,149 A * 10/1991 Stone .......... 446/73
5,460,102 A * 10/1995 Pasmanick .......... 108/43
5,595,489 A * 1/1997 Kwon .......... 434/319
5,615,856 A * 4/1997 Simington .......... 248/452
5,709,365 A * 1/1998 Howard .......... 248/454
5,755,423 A * 5/1998 Michela .......... 248/459
5,855,329 A * 1/1999 Pagano .......... 248/451
5,884,888 A * 3/1999 Grimes et al. .......... 248/441.1
6,045,179 A * 4/2000 Harrison .......... 297/188.2
6,064,855 A * 5/2000 Ho .......... 434/317
6,202,973 B1 * 3/2001 Navarin et al. .......... 248/444

* cited by examiner

*Primary Examiner*—Kurt Fernstrom
(74) *Attorney, Agent, or Firm*—James D. Palmatier; Applied Patent Services

(57) **ABSTRACT**

A book holder removably attachable to a vehicle or structure such as a stroller, walker, wheelchair or car seat for mobile applications. The book holder for holding a book or drawing surface in a usable position thereon for by the occupant of the vehicle. The book holder comprising an adjustable clasp on the vehicle, an arm extending to a book platform, the arm providing rotational pivotal and axial adjustment to hold the platform in spaced relation to the clasp. A plurality of spring biased clamps on the platform to secure the book to the book holder.

**1 Claim, 4 Drawing Sheets**



To Whom it may concern

I Donatus E. Odimgbe

of hereby swear that under oath that the supposed Recipient totally refused service to testify I can be called upon or subpoened if need be

Thanks

[signature]

31

399 Park Avenue

WilmerHale

→ Building Pass

**Donatus odimgbe**

**11/18/10**

Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

______________________________
______________________________
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

____ Civ. ______ (___) (___)

- against -

**AFFIRMATION OF SERVICE**

______________________________
______________________________
______________________________
______________________________
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, Donatus E. Chimbe (name), **declare under penalty of perjury** that I have served a copy of the attached ______________ (document you are serving) upon ______________ (name of person served) whose address is ______________ ______________ (where you served document) by ______________ (how you served document: For example - personal delivery, mail, overnight express, etc.).

Dated: ______________ (town/city), ______ (state)

11 (month) 19 (day), 20__ (year)

Ed Buikamente

Signature

1914 E. 16th
Address

Bklyn NY 11229
City, State

11229
Zip Code

347 301 0465
Telephone Number

64

CHIKEZIE OTTAH
V
1st TECHNOLOGIES

OPPOSITION TO MOTION
10 CIV 7296 (CM)(DCF)
11/19/10

SUMMARY / RELIEF

THE INFRINGEMENT HAVE COST ME AND CO-LEAGUES AND KON WORLZ CORP CONTRACTS AND SIGNED CAPITAL TO DEVELOP AND MANUFACTURE THE GOODS IN LARGE SCALES. THIS GOOD INCLUDE COMPUTER, LAP TOP AND NOTE BOOK HOLDERS. ESTIMATED CONTRACT AND SALES TO COMPANIES AND GOVERNMENT AGENCIES IS WORTH OVER $50 MILLION.

THEREFORE I ASK THE COURT TO ORDER 1ST MOBILE TECHNOLOGIES TO PAY ME $50 MILLION IN PATENT INFRIGEMENT AND VIOLATION OF MY PATENT RIGHT. I PRAY THAT THE COURT ORDER 1ST MOBILE TECHNOLOGIES TO ACQUIRE OR/AND PURCHASE PERMIT AND/OR LICENSE FOR FUTURE BUSINESS PRODUCTION OF NOTE BOOK HOLDER.

THANKS YOUR HON.

[signature]

CHIKEZIE OTTAH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARRIE OTTAH

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

10 Civ. 7296 (CM) (PCA)

- against -

1ST MOBILE TECHNOLOGIES

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**AFFIRMATION OF SERVICE**

I, CHARLIE OTTAH (name), **declare under penalty of perjury** that I have served a copy of the attached AFFIRMATION IN OPPOSITION (document you are serving) upon COMSIM MAIRE (name of person served) whose address is 399 PARK AVE. N.Y. 10022 USA (where you served document) by U.S. MAIL (how you served document: For example - personal delivery, mail, overnight express, etc.).

Dated: NY NY (town/city), NYS (state)
NOV. (month) 19 (day), 2010 (year)

[signature]
Signature

1035 CLARKSON AVE
Address

BKLYN. NY APT S
City, State

11212
Zip Code

718 581 4538
Telephone Number