USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/10

PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIKEZIE OTTAH

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

1ST MOBILE TECHNOLOGIES

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

10 Civ. 7296 (CM) (PCF)

**AFFIRMATION IN OPPOSITION TO MOTION**

I, CHIKEZIE OTTAH (name), **affirm under penalty of perjury** that:

1. I, CHIKEZIE OTTAH (name), am the plaintiff/defendant (circle one) in the above entitled action, and respectfully submit this affirmation in opposition to the motion dated DECEMBER 14, 2010 (date of motion), made by CHIKEZIE OTTAH (name of moving party) asking that the court order the following relief:

50 million Dollar Compensation for Patent US 7152840 (state what the moving party wants the Judge to order) infringement and in future business obtain a permit from me.

2. I have personal knowledge of facts which bear on this motion because 1st Mobile Technologies have produce for sale, and sold note book, computer holders. (state the basis on which you learned of the relevant facts)

3. The motion should be denied because *(state your reasons using additional paragraphs and sheets of paper as necessary)*

I own the right to manufactured the goods. US 7152840

I have attached document from pages 1 – 11 to support my claim.

4. In view of the foregoing, it is respectfully submitted that the motion should be denied.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 12/14/10 BKLYN (city), NY (state)
DECEMBER (month) 14 (day), 2010 (year)

Signature [signature]
Address 1235 Clarkson Ave. Suite 5A Bklyn. NY 11212
Telephone Number 718-581-4539
Fax Number *(if you have one)*

Rev. 05/2010

# AFFIRMATION IN OPPOSITION TO MOTION

**PREMINARY DOUCMENT**

**CHIKEZIE OTTAH**
**V**
**1st MOBILE TECHNOLOGIES**

**10 CIV. 7296 (CM)(DCF)**
**JUDGE COLLEEN MCMAHON**

**SIRS**
**The defendant have filed a motion of dismissal base on court papers not properly served again, did not receive the original filing papers and there is no ground for relief do to no claims**

**Below you find attached documents in support of my claims.**

**01. Statement of claims : page 1 of 6**

**02. 1st mobile technologies note book holder : page 2 of 6**

**03. 1st mobile technologies note book note holder : page 3 of 6**

**04. A book/note book illustrated picture: : page 4 of 6**

**05. Clamp in an alternate configurations : page 5 of 6**

**06. Clamp in an alternate configurations : page 6 of 6**

**07. Attached a copy of Patent # 7152840**

**08. Respond to opposing motions : 2 pages**

**09. United States Postal Service Receipt 11/19/10 : 1pages**

**10. letter and affirmation of service : 2pages**

**11. Summary and relief : 1page**

**Chikezie Ottah**
**Plaintiff**
**V**
**1st Mobile Technologies**
**Defendant**

**Case number 10 Civ. 7296 (cm)(dcf)**
**{JUDGE COLLEEN MCMAHON}**

**Statement of Claims**
**Patent infringement**
**Title: Book Holder**
**Patent # US 7152840**

**ABSTRACT OF INVENTION**

**A book holder removably attachable to a vehicle or structure such as a stroller, walker, wheelchair or car seat for mobile applications. The book holder for holding a book or drawing surface in a usable position there on for by the occupant of the vehicle. The book holder comprising an adjustable clasp on the vehicle, an arm extending to a book platform, the arm providing rotational pivotal and axial adjustment to hold the platform in spaced relation to the clasp. A plurality of spring biased clamps on the platform to secure the book to the book holder.**

**SUPPORT DOCUMENT DRAWN FROM THE SPECIFICATION**
**(page 5, paragraph 3)**

**The book holder 12 may also be used to support such items as audio/video equipment, PDA, or mobile phones, cameras, computers, musical instruments, toys, puzzles and games. The panel 16 may be provided with a set of mounting positions for receiving and / or mounting the above items. (not shown)**

**CLAIMS**

**A book holder with platform, clip, pole structure, adjustable handle, and or arm. Plurality of nuts, screw, bolts, clamps and adjustable pole structure.**

First Mobile Technologies Online Catalog Page 1 of 1

HOME | ABOUT US | MANAGEMENT | CONTACT US

Top » Catalog

**Products**

**Installations**

**Catalog**

**Partners**

**Case Studies**

**Categories**

Docks/Cradles ▸
Tilt/Swivel
Top Plate
Poles
Base Mounts ▸
Accessories ▸

**Search**

GO

Use keywords, part #, part name or vehicle type.
**Advanced**

## Products Home

First Mobile Technologies' products are interchangeable and allow you to build a solution that best fits your needs. Roll over components below for details or click component to see products.

Touch a section of the system to begin
(click it to visit product section)

Clip
Clip- 03 →
← 02 → platform
01 — adjustable hand/le/arm
01
008
04 — pole structure
→ base with nail/screw, bolts
removable attached to vehicle
(base)

home | about us | management | contact us | products | installations | catalog | partners | case studies

© 2010 First Mobile Technologies, All Rights Reserved

1013 Conshohocken Road, Building #4, Conshohocken, PA 19428-0978

#02

page 2 of 6

http://www.firstmobiletechnologies.com/products/ 4/1/2010

SAMPLE#
FLOW
TIME ON

BOOKS HAVE IMPROVED THIS IS A READ/WRITE NOTE BOOKS

AN IMPROVED BOOK

#04

PAGE 4 OF 6

Fujitsu LifeBook T730 XBUY-T730-W7-006 Tablet PC - Intel Core i5-460M 2.53GHz, 4GB DDR3, 160GB HDD, DVDRW, HDMI, 12.1" Multi...



this is an other clamp/clasp
The clamp can be rigdely use on the floor

#65

PIPE CLAMP - 1 INCH PLATED STEEL

Pipe Clamp - 1" Plated Steel

| Description | Part No. | Price | Buy |
|---|---|---|---|
| CLAMPS-PIPE,1" PLATED STEEL | 04-01672 | **$0.31** | ORDER |

ATLTERNATE Configurations
the clamp can be used on the;
Floor
sides of the vehicle
this clamp can be use on the roof of a vehicle

#06

US007152840B2

(12) **United States Patent**
**Ottah et al.**

(10) **Patent No.: US 7,152,840 B2**
(45) **Date of Patent: Dec. 26, 2006**

(54) **BOOK HOLDER**

(76) Inventors: **Chikezie Ottah**, 1035 Clarkson Ave., Apt 5a, Brooklyn, NY (US) 11212; **Chineye Ottah**, 4th Ave #6, TransEklu, GRA, Enugu State (NG); **Keneth Ottah**, 4th Ave #6, TransEklu, GRA, Enugu State (NG)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/366,779**

(22) Filed: **Apr. 24, 2003**

(65) **Prior Publication Data**

US 2004/0214154 A1 Oct. 28, 2004

(51) **Int. Cl.**
*A47B 5/04* (2006.01)

(52) **U.S. Cl.** .................................................... **248/444.1**

(58) **Field of Classification Search** ............... 434/179, 434/308, 309, 317, 322, 365, 428, 430, 432; 248/441.1, 444, 445, 448, 449, 450, 451, 248/454, 458
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,377,230 A * 5/1921 Taylor ........................ 248/454
2,439,950 A * 4/1948 Rogers ........................ 248/447
2,627,694 A * 2/1953 Saecker ........................ 248/447
3,351,312 A * 11/1967 Ballas ........................ 248/448
3,408,032 A * 10/1968 Francis ........................ 248/450
3,497,882 A * 3/1970 Weeks ........................ 482/148
4,021,013 A * 5/1977 Wiersma ........................ 248/453
4,431,156 A * 2/1984 Mena ........................ 248/445
4,553,728 A * 11/1985 Corsello ........................ 248/452
4,591,124 A * 5/1986 Hellenbrand et al. .... 248/447.2
4,790,506 A * 12/1988 Malinowski et al. .... 248/441.1
4,867,407 A * 9/1989 Becker ........................ 248/444.1
5,054,736 A * 10/1991 Champoux ........................ 248/444
5,059,149 A * 10/1991 Stone ........................ 446/73
5,460,102 A * 10/1995 Pasmanick ........................ 108/43
5,595,489 A * 1/1997 Kwon ........................ 434/319
5,615,856 A * 4/1997 Simington ........................ 248/452
5,709,365 A * 1/1998 Howard ........................ 248/454
5,755,423 A * 5/1998 Michela ........................ 248/459
5,855,329 A * 1/1999 Pagano ........................ 248/451
5,884,888 A * 3/1999 Grimes et al. .......... 248/441.1
6,045,179 A * 4/2000 Harrison ........................ 297/188.2
6,064,855 A * 5/2000 Ho ........................ 434/317
6,202,973 B1 * 3/2001 Navarin et al. ............ 248/444

* cited by examiner

*Primary Examiner*—Kurt Fernstrom
(74) *Attorney, Agent, or Firm*—James D. Palmatier; Applied Patent Services

(57) **ABSTRACT**

A book holder removably attachable to a vehicle or structure such as a stroller, walker, wheelchair or car seat for mobile applications. The book holder for holding a book or drawing surface in a usable position thereon for by the occupant of the vehicle. The book holder comprising an adjustable clasp on the vehicle, an arm extending to a book platform, the arm providing rotational pivotal and axial adjustment to hold the platform in spaced relation to the clasp. A plurality of spring biased clamps on the platform to secure the book to the book holder.

**1 Claim, 4 Drawing Sheets**

# BOOK HOLDER

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to a removable book holder assembly for use by a person in a protective or mobile structure such as a car seat, wheelchair, walker, or stroller. The Book holder having an adjustable, releasable clipping means and a support arm configured for axial, rotational and pivotal adjustment of the book supporting surface of the book holder to hold a book in a readable position in front of the user.

2. Description of the Related Art

The prior art of book holders comprises a variety of devices for supporting a book on a platform in a position for viewing or reading. A conventional book holder includes a supporting structure for supporting the book support on a table. The platform is supported by a table or other such flat structure as seen in the Michela U.S. Pat. No. 5,755,423 for a FOLDING PORTABLE SUPPORT STAND, wherein a device is disclosed comprising hinged covers folding into a support structure for holding a booking the open position on a flat horizontal surface.

The prior art also discloses structures built around the person to hold a book in useful relation such as the ADJUSTABLE BOOK HOLDER in U.S. Pat. No. 6,202,973 to Navarin et al. In the '973 patent a structure is disclosed for holding a book in a readable position on a structure attachable to the reader's torso. The Weeks U.S. Pat. No. 3,497,882 for SUPPORT MECHANISM FOR SUPPORTING VARIOUS DEVICES TO BE EMPLOYED IN COOPERATION WITH A HOSPITAL BED likewise discloses a support structure disposed over the bed and a book holder slidably mounted on the support structure for holding the book in reading position while the reader is lying in bed.

The Wiersma U.S. Pat. No. 4,201,013 for a BOOK HOLDING DEVICE discloses a detachable device for use on a bed to suspend a book holder from over the reader's head. The Wiersma device is clamped to a headboard of a bed using C-clamps.

The book holders disclosed in the prior art suffer from a number of disadvantages. In particular, such book holders include do not provide an adequate solution for young children or mobility limited adults. These people spend a significant amount of their time outdoors (e.g., parks, beaches, playground, theme parks, etc) and conventional book holders are primarily designed for indoor use. The book holders in the prior art lack the ease of application to a mobile vehicle such as a wheelchair or stroller to allow the reader to have mobility to explore their environment in a stationary sitting or reclining position while reading a book supported on the mobile vehicle. As a result, the learning benefits are significantly reduced.

The prior art does not accommodate easy and quick attaching the book support onto a structure for mobile use. Thus there is a need for an improved Book Holder that is quickly and easily clipped to a mobile vehicle such as a wheelchair or stroller for holding the book in a reading position in spaced relation to the clip.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a book holder that can be easily and remvoably attached to and removed from a bar or portion of the mobile vehicle without tools.

It is an object of the present invention to provide an adjustable clasp for attaching the book holder to the mobile vehicle to easily and quickly attach or detach the book holder.

It is further object of the present invention to provide an arm between the clasp and the book support platform to hold the book in spaced relation from the clip.

It is another object of the present invention to provide a pivotal attachment between the clasp and the support platform to hold the book on the support platform at a selected angle with respect to the reader for ease of viewing.

It is another object of the present invention to provide a telescoping arm between the clasp and the book support platform to axially adjust the position of the support platform with respect to the clasp to position the platform in a position for ease of viewing by the reader.

It is another object of the present invention to provide a book holder having an elongate arm with a rotational adjustment to rotate the position of the support platform with respect to the clasp to a position for ease of viewing by the reader.

It is another object of the present invention to provide a clasp comprising a clip having an adjustable, resilient arm for removably attaching to a mounting structure on the mobile vehicle.

It is another object of the present invention to provide a locking means on the book holder to retain the rotational, pivotal and axial position of the support platform with respect to the clasp.

It is another object of the present invention to provide a support platform adaptable for use as a writing board.

It is another object of the present invention to provide a connector means for remvoably securing a book to the book holder in a reading position.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view of a book holder showing a first embodiment of the present invention;

FIG. **2** is a schematic view of a book holder according to a second embodiment of the present invention;

FIG. **3** is an exploded view of a book holder illustrating the square telescoping arm;

FIG. **4** is a side perspective view of the book holder of FIG. **1** illustrating an alternative clip arrangement;

FIG. **5** is a perspective view an adjustable clip;

FIG. **6** is a perspective view of a book clamp.

FIG. **7** is a perspective view of a clip arm.

FIG. **8** is a elevation view of a plurality of clip arms from FIG. **7** on the clasp for releasable attachment of the book holder to a mobile vehicle.

## DETAILED DESCRIPTION OF THE INVENTION

Referring to FIG. **1** there is illustrated a book holder assembly **10** according to the first embodiment of present invention. The book holder **10** comprises a book platform **12** and an adjustable arm **14** and a clasp **15**. The book platform **12** includes a generally planar panel **16** having a front **18** and a rear surface **20**. The front surface **18** is configured to hold a book or suitable for use as a writing/drawing board (eg a white-board, a blackboard, an electronic board). The rear surface **20** of the book platform **12** is attached to the adjustable support arm **14** at angle suitable for reading. The book platform **12** can be integrally formed with the support arm **14** such that the support arm **14** forms a portion of the

book support protrudes from the rear surface 20 of the panel 16. Preferably, though the supporting arm 14 and the book platform 12 are provided as separate items to be assembled by the user.

Mounted to the front surface 18 of panel 16 are two pairs of spring biased book clamps 22 for securing a book (not shown) to the book holder 10. The first pair of spring biased book clamps 22a, 22b is located near the top edge 24. The second pair of spring biased book clamps 22c, 22d is located near the bottom edge 26.

Continuing to refer to FIG. 1 the panel 16 may be made of plastic and the book clamps 22 made of steel covered by plastic. However, other materials such as wood, metal, etc, and combination thereof may be used in the manufacturing of the book holder assembly 10.

The arm 14 comprises a first end 23 and second end 25. The clasp 15 is on the first end 23. The second end 25 is a spaced from the first end 23. The second end 25 is adjustably attached to the book platform 12. The arm 14 includes a telescoping arrangement 32 in which an upper support portion 34 of the support arm 14 slides within a lower support portion 36 and is held at a selected position by a locking member 55 (FIG. 2). The lower support portion 36 of the support arm 14 is attached to the clasp 15. The clasp 15 comprises one or more clips 40 for removeably attaching the book holder 10 to the mobile vehicle (not shown).

The clips 40 are adjustable in shape and size to fit the shape and size of the supporting frame member on the mobile vehicle (not shown). The clips 40 comprise a pair of resilient C-shaped clip arms 42 adjustably attached to the clip 40. The first clip arm 42a is spaced from the second clip arm 42b in order to tightly retain the supporting frame member of the mobile vehicle (not shown) therebetween. To secure the book holder 10, the user forces the clip arms 42a and 42b apart to allow the frame member to slip between the clip arms 42a, 42b. The clip arms 42a, 42b then snap resiliently together to hold the book holder 10 to the frame member (not shown) of the mobile vehicle (not shown).

Referring to FIG. 2, the book holder 210 comprises a book support platform 212, a generally planar panel 216, a support arm 214 and a dual clasp 215. The support arm 214 comprises a support member 50 extending from the middle section of the panel 216, an elongate arm 52 and an adjustable angle mount 54. The angle mount 54 connects the support member 50 to the elongate arm 52 to hold the panel 216 in spaced relation to the clasp 215. The angle mount 54 comprises locking member 55 to hold the panel 216 and clasp 215 in the user selected position. The angle mount 54 allows the panel 216 to be adjusted both axially and rotationally with respect to the clasp 215. The book support 212 may be pivotally mounted (FIG. 4) to the support member 50 to allow the panel 216 to be pivoted with respect to the support member 50.

Continuing to refer to FIG. 2, the dual clasp 215 comprises a clip bar 238 and a pair of clips 240 attached to the clip bar 238. The clips 240 are spaced from each other to provide a secure attachment to the mobile vehicle (not shown). As a result, the book holder 210 of FIG. 2 is adjustable for height and rotation and pivotal angle with respect to the clasp 215.

Referring now to FIG. 3 an alternative support arm 314 comprises concentrically mounted, square tube members 60, 62. The open box-shaped male member 60 is adapted to attach to a book support platform (12, FIG. 1) on one end and slidably insert into member 62 with the other end. The male member 60 is adapted for separable, concentric interconnection with the female member 62 to form a telescoping arrangement for axial adjustment of the spaced relational distance between the book support 312 and the female member 62. The male member 60 comprises a front portion 64a, a back portion 66a, a pair of side portions 68a and 70a, a lower portion 72a, and a top 74a. The side portions 68a and 70a of the male member 60 have holes 80a formed in a pattern therein. The top 74a is adapted to attach to the book support (12, FIG. 1). The female member 62 comprises a front portion 66b, a back portion 66b, a pair of side portions 68b and 70b, a lower portion 72b, and an open top 74b. The side portions 64b and 66b of the male member 62 have holes 80b formed therein for concentric alignment with the holes 80a in the male member 60. The lower portion 72b is adapted to attach to the clasp 15. The male member 60 fits slidably into the female member 62 such that at least one hole 80a in the side wall 64a of male member 60 is concentrically aligned with a hole 80b in the adjacent side wall 64b of the female member 62 at a predetermined position to axially space the clasp 15 from the book support (12, FIG. 1). The user then fixes the male member 60 to the female member 62 by connector means (not shown).

FIG. 4 illustrates a book holder 410 comprising a book support 412 and a support arm 414. The support arm 414 comprises a clasp 15, a lower section 73 and an upper section 75. The clasp 15 comprises an adjustable clip 70 mounted on the lower section 73. The adjustable clip 70 is rotatable with respect to the arm 414 to removably attach the book holder 410 to a vertical or horizontal object (eg, a pole) (not shown) on the mobile vehicle. The arm connector 415 rotateably and slidably attaches the lower section 73 of the supporting arm 414 to the upper section 75. the upper section 75 has pivotal connector 420 (FIG. 4) on the book support 412. The clip 70 has adjustable clip arms 74a, 74b to allow different sizes of objects to be attached to the book holder 410. The position of the clip arms 74a, 74b along the clip body 78 can be selectively fixed by a screw 415.

Referring to FIG. 5, the clasp 15 includes a clip body 101and a pair of clips arms 74a, 74b extending from the clip body 101. The clip 70 comprises a clip head 79 having a plurality of holes 77 fastener. The clip arms 74a, 74b are mounted on the clip head 79 in spaced relation to securely and removably attach the book holder 410 (FIG. 4) to the mobile vehicle (not shown). The body 101 of the clip 70 may have a plurality of holes 91 formed therein in spaced relation to each other for adjustable connection of the clip 70 to the arm 414 (FIG. 4). Each clip arm is attached to the clip body in one of several selectable positions along said clip body. Preferably, the clip 70 includes a clip body 101 on the arm 414, a clip head 79 on the clip body 101 and a plurality of clip arms 74a, 74b removably attached to the clip head 79. A screw 415 orother fastener is removably attached to the clip head 79 for selectively fixing the position of said clip arm along said clip body. The clip means may alternatively be a spring clip or include at least one resilient clip arm.

Referring to FIG. 6 the head 79 is shown with two sets of clip arms 74a, 74b Each clip arm 74a and 74b is attached by fastener 81 which may be removable such as a screw. The arms 74 are thereby adjustably spaced from each other to adapt to resiliently clasping onto a mounting portion of the mobile vehicle (not shown).

referring to FIG. 7 a clip arm 74 is shown comprising a flex section 103, a base 102 and a tip 107. The base 102 has one or more holes 109 formed therein for aligning with a hole on the clip head 79 to accommodate attaching the clip arm 74a to the clip head 79 by screw, rivet or other mechanical fastener 81. The clip arms 74a, 74b are attached to the clip head 79 in a C relation (FIG. 6) to form adjustable

clasp 15. The flex section 103 allows the tip 107 to deflect from its rest position to accommodate the portion of the vehicle to be attached to be disposed between the clip arms 74a, 74b. The resilient material of the lip arms 74a, 74b urges the tip 107 back to the rest position causing the clip arm 74a, 74b to bear against the vehicle to removably attach the book holder 10 to the vehicle (not shown). Tip 107 may also have holes 109 formed therein for alternate configurations on head 79 (FIG. 6) or alternate attachment methods.

Referring to FIG. 8, a book clamp 22 comprising a body 108, a spring 120 and a slidable grip 122. The slidable grip 122 is slidably mounted to the body 108. The spring 120 has a first end 124 on the body 108 and a second end 126 on the grip 122 to urge the grip in the clamped position 127. The book clamp 22 is mounted to the panel 16 having the grip 122 extending from the front surface 18 for engaging a book or other device to be retained on the book holder 10. The spring 129 and slidable attachment between the grip 122 and the clamp body 108 allow the grip to be moved into position to engage the book with the finger portion 128 of the grip 122. The spring 120 bears against the grip 122 to hold the book against the front surface 18 thereby securing the book (not shown) to the book holder 10.

In use, the book holder 10 is attached to the vehicle (not shown) by use of the clasp 15. The clasp 15 is rotationally adjusted on the support structure on the vehicle to begin the book holder 10 adjustment to a usable position. The telescoping mechanism in the arm 14 is used to axially adjust the spacing between the clasp 15 and the support platform 12. The rotational coupling between the first end of the arm 14 and the second end of the arm is used to rotate the support platform around the axis of the arm 14 to an operable position. Lastely, the pivotal connection 420 (FIG. 4) between the arm 14 and the support platform 12.

Paragraph 3 "

"The book platform 12 may also be used to support such items as audio/video equipment, PDAs, or mobile phones, cameras, computers, musical instruments, toys, puzzles and games. The panel 16 may be provided with a set of mounting positions for receiving and/or mounting the above items (NOT SHOWN)."

Although the invention has been described above in connection with particular embodiments and examples, it will be appreciated by those skilled in the art that the invention is not necessarily so limited, and that numerous other embodiments, examples, uses, modifications and departures from the embodiments, examples and uses are intended to be encompassed by the claims attached hereto. The entire disclosure of each patent and publication cited herein is incorporated by reference, as if each such patent or publication were individually incorporated by reference herein.

We claim:

1. A book holder for removable attachment, the book holder comprising:

a book support platform, the book support platform comprising a front surface, a rear surface and a plurality of clamps, the front surface adapted for supporting a book, the plurality of clamps disposed on the front surface to engage and retain the book to the book support platform, the rear surface separated from the front surface;

a clasp comprising a clip head, a clip body and a pair of resilient clip arms, the clip arms adjustably mounted on the clip head, the clip head attached to the clip body; and

an arm comprising a first end and a second end and a telescoping arrangement, the clasp on the first end, the second end pivotally attached to the book support platform, the telescoping arrangement interconnecting the first end tob the second end, the clasp spaced from the book support platform wherein the book holder is removably attached and adjusted to a reading position by the telescoping arrangement axially adjusting the spaced relation between the book support platform and the clasp and the pivotal connection on the book support platform pivotally adjusting the front surface with respect to the arm.



24
22a
22b
12
18
10
28
30
20
25
14
34
16
26
42a
22d
22c
32
44
23
40
36
15
426

Fig. 1

212
222
210
216
214
50
54
52
240a
215
240b

Fig. 2



Fig. 3



74a
70
79
415
77
74b
78
91
72
101
412
22
20
410
75
74a
415
70
15
414
74b
73

Fig. 5

Fig. 4



Fig. 7

Fig. 6

Fig. 8

**Chikezie Ottah** **Case # 10 Civ 07296 CM**

**Plaintiff** **{Judge Colleen Mcmahon}**

**V**

**First Mobile Technologies**
**Defendant**

**RESPOND IN OPPOSING MOTIONS**

**Respect to the defendant (s) and their right to be properly served, the defendant have been served by person to person in his office at 399 park Avenue, Manhattan NY.NY. he refuse to aknowledge the amendment complaint and other following documents. There is a letter dated 11/18/10 and unsigned affirmation of service by Cosmin Maier and his office. The amended complaint and other documents was mailed via United States Postal Service which postal documents dated 11/19/10 is shown on page (Priminary document #09 and #10.**

**My claim (s) have been consistent with my patent, and the information is distance from the defendant understanding of what a mobile book holder is. I have claimed a book holder with platform, clip, pole structure, adjustable handle and or arm, plurality of nuts, screws, bolts and clamps.**

**PRIMINARY DOCUMENT # 01 (page 2 of 6)**
**A review of the defendant product (s), page 2 of 6, revile a platform 02, a clip 02, adjustable handle and or arm 01, and a pole structure 04. The mobile instrument defined here is in violation of my patent rights, the base as illustrated in FIG. 7 and claimed. The following embodiment in the specification explain the drawing in fig. 7, page 4 of the specification, paragraph 4, which state "referring to fig.7 a clip arm 74 is shown comprising a flex section103, a base 102 and a tip 107. The base 102 has one or more holes 109 formed therein for aligning with a hole on the clip head 79 to accommodate attaching the clip arm 74a to the clip head 79 by screw, rivet, or other mechanical fastener 81. The clip arms 74a, and 74b are attached to the clip head 79 in a C relation (fig.6) to form adjustable clasp 15. The flex section 103 allows the tip 107 to deflect from its rest position to accommodate the portion of the vehicle to be attached to be disposed between the clip arms 74a, 74b. The resilient material of the lip arms 74a, 74b and 74a 74b to bear against the vehicle to removably attach the book holder 10 to the vehicle (not shown). Tip 107 may also have holes 109 formed therein for alternate configurations on head 79 (fig. 6) or alternate attachment method" the method of the base as explain in this paragraph recognized the different makes, models and brands of vehicles and create room for configurations of the base.**

**PRIMINARY DOCUMENT # 01 (page 2 to 6)**

**And page 5, paragraph 3 of the specification also recognize the different in makes, models and brand of vehicles as it explain the assembling method, "The book platform 12 may also be used to support such items as audio/video equipment, Pads, or mobile phones, cameras, computers, musical instruments, toys, puzzles, and games. The panel 16 may be provided with a set of mounting positions for receiving and /or mounting the above items (not shown).**

**AUTHENTIC AND LAW**

**With all respect to the defendant, the defendant have quoted Desenburg v Google, Inc so many time to justify his argument for dismissal. Understanding from the passages in his argument Desenburg have a patent, and understanding Google, Inc. Google have a permit or license for all of its application. Surfing the internet require other surfaces which am sure was judge by it merit, Google, Inc did not copy Desenburg, probably the decision was base on the permits and their patents. The fact of the matter is which authenticity do your product have, what base of legality does it posses.**

```
======================================
CHINATOWN STA.
NEW YORK, New York
100139991
3558250004-0096
11/19/2010 (212)349-8264 03:30:41 PM
======================================
=========== Sales Receipt ============
Product          Sale Unit     Final
Description      Qty  Price    Price
======================================
NEW YORK NY 10022              $4.90
Zone-1 Priority Mail
Flat Rate Env
 5.40 oz.
 Expected Delivery: Sat 11/20/10
 Delivery Confirmation         $0.70
 Label #:     03091140000123730138
                            ========
Issue PVI:                     $5.60
                          ==========
Total:                         $5.60

Paid by:
VISA                           $5.60
  Account #:      XXXXXXXXXXXX0575
  Approval #:     700060
  Transaction #:  317
  23903280030

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
```

## U.S. Postal Service™ Delivery Confirmation™ Receipt

DELIVERY CONFIRMATION NUMBER: 0309 1140 0001 2373 0138

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer) Bassett

(Please Print Clearly)

10022

Postmark Here — NEW YORK, NY — NOV 19 2010 — USPS

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com*®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

- ☐ Priority Mail™ Service
- ☐ First-Class Mail® parcel
- ☐ Package Services parcel

PS Form 152, May 2002 (See Reverse)

#09

To Whom it may Concern

I Donatus E. Odimgbe

of hereby Swear that Under Oath

that the Supposed Reciepient

totally refused Service to testify

I can be called upon

of Subpoened if need be

Thanks

[signature]

→ Building Pass

399 Park Avenue **31**

WilmerHale

**Donatus odimgbe**

**11/18/10**

#10

PARR 1: 02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_______________________________________________

_______________________________________________

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

___ Civ. ______ (___) (___)

- against -

**AFFIRMATION OF SERVICE**

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, DONATUS E. ODIMGBE *(name)*, **declare under penalty of perjury** that I have served a copy of the attached ______________ *(document you are serving)* upon ______________ *(name of person served)* whose address is ______________ *(where you served document)* by ______________ *(how you served document: For example - personal delivery, mail, overnight express, etc.)*.

Dated: ______________ *(town/city)*, ______ *(state)*

11 *(month)* 19 (day), 20__ (year)

[signature]

EDUARDO C. BUSTAMANTE
NOTARY PUBLIC, State of New York
No. 01BU6051805
Qualified in Queens County
Commission Expires June 17, 2064

[signature]
*Signature*

1914 E. 16th
*Address*

Bklyn NY 11229
*City, State*

11229
*Zip Code*

347 301 0462
*Telephone Number*

#10
Page 202

*Rev. 05/2007*

**Chikezie Ottah**
**Plaintiff**
**v**

**Case # 10 Civ 07296 CM**
**{Judge Collen Mcmahon}**

**First Mobile Technologies**
**Defendant**

**SUMMARY AND RELIEF**

**The infringement have cost me, co-leagues and Kon Woryz Corp. contracts and slowed investment capital to develop and manufacture the goods in large scale. This products include computers, lap tops, and or note books, TV, flat TV, other newly and improved entertainment product for mobile use.**

**Estimated earning from illegal sale and other contractual commitment in favor of 1st Mobile Technologies is over $50 million. Therefore l ask the court to order 1st Mobile Technologies to pay to me $50 million in patent infringement and violation of my patent right. I pray that the court order 1st Mobile Technologies to acquire, purchase a permit or license from me in it future business producing book holders.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHUKWUEZIE OTTAH

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

10 Civ. 7296 (CM) (DCF)

- against -

1ST MOBILE TECHNOLOGIES

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**AFFIRMATION OF SERVICE**

I, CHUKWUEZIE OTTAH *(name)*, declare under penalty of perjury that I have served a copy of the attached AFFIRMATION IN OPPOSITION TO MOTION *(document you are serving)* upon COSMIN MAIER \ DAVID BARRETT *(name of person served)* whose address is 399 PARK AVENUE, NEW YORK, NY 10022 USA *(where you served document)* by UNITED STATES POSTAL SERVICE *(how you served document: For example - personal delivery, mail, overnight express, etc.)*.

Dated: 12/14/10 *(town/city)*, N.Y. *(state)*

DECEMBER *(month)* 14 *(day)*, 20__ *(year)*

Signature: [signature]

1035 CLARKSON AVENUE
Address

BROOKLYN N.Y. 11212
City, State

11212
Zip Code

718 581 4538
Telephone Number

...om/poboxes.

**********************************
**********************************

Bill#:1001001128419
Clerk:01

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

**********************************
**********************************

HELP US SERVE YOU BETTER

Go to:
https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS

**********************************
**********************************

Customer Copy

GRAND CENTRAL STA
NEW YORK, New York
100179998
3558250010-0090
12/14/2010 (180)027-5877 05:25:13 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| NEW YORK NY 10022 Zone-1 First-Class Large Env 4.10 oz. | | | $1.56 |
| Issue PVI: | | | $1.56 |
| Total: | | | $1.56 |

Paid by:
Debit Card $1.56
Account #: XXXXXXXXXXXX0575
Approval #: 227941
Transaction #: 204
23903280097
Receipt#: 000223

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

**********************************
**********************************

Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.co/poboxes

10 Civ. 7296 / CM - DCF.

CHARLIE OTTATI
1st Mobile Technologies's
Postage Receipt.
Confirm the documents of Affirmation of Service was mail to the Defendant Attorneys.