ORIGINAL

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chikezie Ottah,        Plaintiff,

- against -

1st Mobile Technologies,   Defendant.

10 cv 7296 (CM)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Cosmin Maier  a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Joshua A. Lorentz
Firm Name:          Dinsmore & Shohl LLP
Address:            255 E. 5th St., Suite 1900
City/State/Zip:     Cincinnati, OH 45202
Phone Number:       (513) 977-8564
Fax Number:         (513) 977-8141

Joshua A. Lorentz                is a member in good standing of the Bar of the States of
Ohio

There are no pending disciplinary proceeding against  Joshua A. Lorentz
in any State or Federal court.

Dated:     1/5/2010
City, State: New York, NY

Respectfully submitted,

C. Maier

Sponsor's
SDNY Bar CM1048
Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
Address: 399 Park Avenue
City/State/Zip: New York, NY 10022
Phone Number: 212-230-8800
Fax Number: 212-230-8888

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIKEZIE OTTAH, | : CASE NO. 1:10-CV-07296-CM |
| PLAINTIFF, | : [JUDGE COLLEEN MCMAHON] |
| VS. | : |
| FIRST MOBILE TECHNOLOGIES, | : **AFFIDAVIT OF COSMIN MAIER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| DEFENDANT. | : |

I, Cosmin Maier, hereby declare as follows:

1. I am an associate of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Joshua A. Lorentz as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on October 23, 2008. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Joshua Lorentz since October 2010.

4. Mr. Lorentz is a Partner at Dinsmore & Shohl LLP, in Cincinnati, Ohio.

5. I have found Mr. Lorentz to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Joshua Lorentz, pro hac vice.

-2-

7. I respectfully submit a proposed order granting the admission of Joshua Lorentz, pro hac vice, which is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 5, 2011
City, State: New York, NY
Notarized:

CHRISTOPHER CARRION
Notary Public, State of New York
No. 01CA6049262
Qualified in King County
Commission Expires 10/10/2000

12/14/14

Respectfully submitted,

C. Maier
_____
Cosmin Maier
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
212-230-8816
SDNY Bar Code: CM1048

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, James Bonini, Clerk of this Court, certify that

**Joshua Allen Lorentz - BAR #0074136**

was duly admitted to practice in this Court on

January 14, 2002

and is in good standing as a member of the Bar of this Court.

Dated at Cincinnati, Ohio on January 4, 2011.

JAMES BONINI, CLERK

By: M. Welker, Deputy Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chikezie Ottah,                    Plaintiff,

                                                          10  cv  7296  ( CM )

        - against -
1st Mobile Technologies,          Defendant.      **ORDER FOR ADMISSION
                                                   PRO HAC VICE
                                                   ON WRITTEN MOTION**

Upon the motion of  Cosmin Maier       attorney for  1st Mobile Technologies

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

  Applicant's Name:  Joshua A. Lorentz

  Firm Name:  Dinsmore & Shohl LLP

  Address:  255 E. 5th St., Suite 1900

  City/State/Zip:  Cincinnati, OH 45202

  Telephone/Fax:  (513) 977-8564

  Email Address:  513-977-8141

is admitted to practice pro hac vice as counsel for  1st Mobile Technologies  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY

                                        _____
                                        United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIKEZIE OTTAH, | CASE NO. 1:10-CV-07296-CM |
| PLAINTIFF, | [JUDGE COLLEEN MCMAHON] |
| VS. | |
| 1ST MOBILE TECHNOLOGIES, | **CERTIFICATE OF SERVICE** |
| DEFENDANT. | |

I, Cosmin Maier, hereby declare as follows:

1. I am an associate of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for Defendant First Mobile Technologies.

2. I hereby certify that, on January 5, 2011, a copy of Defendant First Mobile Technologies' Motion To Admit Counsel Pro Hac Vice and the Affidavit of Cosmin Maier In Support Of Motion To Admit Counsel Pro Hac Vice were served by overnight mail on Plaintiff at the address below:

> Chikezie Ottah
> 1035 Clarkson Avenue
> Suite 5A
> Brooklyn, New York 11212
> *Plaintiff, pro se*

I declare that the foregoing is true and correct.

Dated: January 5, 2011

_____
Cosmin Maier
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
212-230-8816