SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chikezie Ottah,                     Plaintiff,

                                                            10  cv  7296    ( CM )

        - against -
1st Mobile Technologies,            Defendant.      **ORDER FOR ADMISSION**
                                                    **PRO HAC VICE**
                                                    **ON WRITTEN MOTION**

Upon the motion of  Cosmin Maier    attorney for  1st Mobile Technologies

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Joshua A. Lorentz |
| Firm Name: | Dinsmore & Shohl LLP |
| Address: | 255 E. 5th St., Suite 1900 |
| City/State/Zip: | Cincinnati, OH 45202 |
| Telephone/Fax: | (513) 977-8564 |
| Email Address: | 513-977-8141 |

is admitted to practice pro hac vice as counsel for  1st Mobile Technologies  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  1|13|11
City, State:  New York, NY

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1|13|11

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006