```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/11
```

RECEIVED
MAR 2 - 2011
CHAMBERS OF
COLLEEN McMAHON

# WILMERHALE

**Cosmin Maier**

+1 212 230 8816 (t)
+1 212 230 8888 (f)
cosmin.maier@wilmerhale.com

March 1, 2011

Hon. Colleen McMahon
United States District Judge
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *Chikezie Ottah v. First Mobile Technologies*, Case No. 1:10-cv-07296-CM (S.D.N.Y.)

Dear Judge McMahon:

    This firm represents Defendant First Mobile Technologies ("FMT") in the above-captioned matter. On January 14, 2011 this Court held an Initial Pretrial Conference, wherein it dismissed Plaintiff Chikezie Ottah's ("Ottah") first amended complaint in the above-referenced matter without prejudice. The Court also granted Ottah the opportunity to prepare and file a new complaint, but instructed him to plead his cause of action with particularity. On the same day, the Court entered a Minute Entry (attached as Exhibit 1) dismissing Ottah's first amended complaint and giving Ottah until February 18, 2011 to "draft a new complaint and to send that complaint to First Mobile and its attorneys." Further, the Court stated that "[t]he new complaint should also be filed with the Court."

    On January 31, 2010, FMT received several documents, including a document titled "Amendment Complaint," bearing the case number listed above. For the convenience of the Court, the documents mailed to FMT by Ottah are attached as Exhibit 2. The documents included a Request for Waiver of Service. Counsel for FMT received the same documents on February 28, 2011. According to the Clerk's Office, no corresponding complaint has been filed with the Court in the above-captioned case or any other case. While FMT is willing to waive service of the complaint, it believes that such complaint must be filed with the Court before it can technically waive service.

    FMT seeks guidance on how to proceed in this matter. FMT suggests that the Court instruct the parties as follows, in accordance with the Court's January 14, 2011 Initial Pretrial Conference and Minute Entry:

*[Handwritten memo endorsement:]* 3/2/2011 — I instruct the parties to proceed as suggested by FMT. Mr. Ottah you MUST FILE your amended complaint first, then serve other side. W

---

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

USIDOCS 7866861v1

*[Rotated stamp:]* copies mailed/faxed/handed to counsel on 3/3/11

**WILMERHALE**

Hon. Colleen McMahon
March 1, 2011
Page 2

1. Ottah must draft and file a new complaint with the Court by March 11, 2011 (this assumes the Court is willing to extend its original February 18, 2011 deadline for Ottah to do so);

2. Ottah must serve the new complaint on FMT with a Request for Waiver of Service;

3. FMT shall respond to the new complaint within 60 days of service of the new complaint on FMT.

FMT looks forward to the Court's guidance on how to proceed. Per the Individual Practices of Judge McMahon (and the convenience of Ottah), Ottah has simultaneously been sent a copy of this letter.

Respectfully submitted,

*C. Maier*

Cosmin Maier

Attorney for Defendant First Mobile Technologies

Cc: Chikezie Ottah
1035 Clarkson Ave, Suite 5A
Brooklyn, NY 11212
Plaintiff Pro Se

Joshua A. Lorentz
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Attorney for Defendant First Mobile Technologies
*Admitted Pro Hac Vice*

USIDOCS 7866861v1