AO 399 (Rev. 10/95)          number 7        USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/21/11

## WAIVER OF SERVICE OF SUMMONS

TO: __CHIKEZIE OTTAH__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __1st mobile Technologies__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __CHIKEZIE OTTAH v. 1st mobile Technologies__,
(CAPTION OF ACTION)

which is case number __Case #10 CIV 07296 Cm__ in the United States District Court
(DOCKET NUMBER)

for the __Southern__ District of __New York__.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after __07 March 2011__,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

__3/15/2011__      __Joshua A. Lorentz__ (signature)
(DATE)

Printed/Typed Name: __Joshua A. Lorentz__

As __Attorney__ of __First Mble Technologies__
(TITLE)          (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____CHIKEZIE OTTAH_____

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

10 Civ. 07296 (CM) DCF

- against -

_1ST mobile TECHNOLOGIES_

**AFFIRMATION OF SERVICE**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)


I, _CHIKEZIE OTTAH_, declare under penalty of perjury that I have
   (name)
served a copy of the attached _2nd AMENDED Complaint_
_1ST mobile TECHNOLOGIES_ (document you are serving)
upon _Wilmer Hale (Attorney for fmi) AND_ whose address is _1013_
      (name of person served)
_Conshohocken RD STE 312, PA 19428 & 399 Park AVE. NY, NY_
                    (where you served document)
by _UPS AND USPS_
   (how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: 03/07/11
       _New York_, _NYS_
       (town/city)   (state)

       _03_  _07_, 20_11_
       (month) (day)  (year)

Signature: Ottah

Address: _1035 Clarkson Avenue, Suite 5A_

City, State: _Brooklyn, New York_

Zip Code: _11212_

Telephone Number: _718 581 4535_

Rev. 05/2007

```
Shipment Receipt:  Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:                  SHIPMENT INFORMATION:
Mon, Mar 7, 2011            UPS Ground Commercial
                            0.50 lbs actual wt
EXPECTED DELIVERY DATE:     1.00 lbs billable wt
TUES, MAR 8, 2011 EOD       Dims: 1.00x1.00x1.00

SHIP FROM:
CHIKEZIE OTTAH
1035 CLARKSON AVE
APT 5A                      Tracking Number: 1z148x3203302091 30
BROOKLYN  NY 11212-1412     Shipment ID: MAX0PFM90EY38
(718) 581-4539              Ref 1: - -
                            Ref 2: - -

SHIP TO:
FIRST MOBILE TECHNOLOGIES   DESCRIPTION OF GOODS:
LEGAL DOCUMENTS             DOCUMENT
1013 CONSHOHOCKEN RD
STE 312
CONSHOHOCKEN PA 19428-1034
Business                    SHIPMENT CHARGES:
                            Ground Commercial     $7.47
                            Service Options       $0.00
SHIPPED THROUGH:            Fuel Surcharge        $0.49
United Parcel Service
BROOKLYN,NY 11236
(800) 742-5877                     Total          $7.96

COMPLETE ONLINE SHIPMENT TRACKING INFO:
Enter the following address in your web browser to view tracking info:
http://wwwapps.ups.com/letracking/tracking.cgi?tracknum=1z148x3203302091 30

QUESTIONS ABOUT YOUR SHIPMENT?
Call the carrier at 1-800-PICK-UPS (1-800-742-5877)
or contact SHIPPED THROUGH facility list.

ShipmentID: MAX0PFM90EY38

Powered by iShip(tm)
03/07/2011 12:08 PM Pacific Time
```

```
                        CHINATOWN STA.
                     NEW YORK, New York
                          100139991
                    3558250004-0093
            03/07/2011  (212)349-8264  11:47:02 AM
            ==========================================
                       Sales Receipt
            ==========================================
            Product              Sale Unit        Final
            Description       Qty Price           Price

            NEW YORK NY 10022
            Zone-1 First-Class                    $1.73
            Large Env
            5.10 oz.
                                                =======
            Issue PVI:                            $1.73
                                                =======
            Total:                                $1.73

            Paid by:
            Cash                                  $5.00
            Change Due:                          -$3.27

            Order stamps at USPS.com/shop or
            call 1-800-Stamp24. Go to
            USPS.com/clicknship to print
            shipping labels with postage. For
            other information call
            1-800-ASK-USPS.
```

```
DS SDNY
OCUMENT
   RONICA
 #:
 FILED: 3/3/11
```

From JTPK Chambers.

# WilmerHale

March 1, 2011

**RECEIVED**
MAR 2 - 2011
CHAMBERS OF
COLLEEN McMAHON

Cosmin Maier

+1 212 230 8816 (t)
+1 212 230 8888 (f)
cosmin.maier@wilmerhale.com

Hon. Colleen McMahon
United States District Judge
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *Chikezie Ottah v. First Mobile Technologies*, Case No. 1:10-cv-07296-CM (S.D.N.Y.)

Dear Judge McMahon:

This firm represents Defendant First Mobile Technologies ("FMT") in the above-captioned matter. On January 14, 2011 this Court held an Initial Pretrial Conference, wherein it dismissed Plaintiff Chikezie Ottah's ("Ottah") first amended complaint in the above-referenced matter without prejudice. The Court also granted Ottah the opportunity to prepare and file a new complaint, but instructed him to plead his cause of action with particularity. On the same day, the Court entered a Minute Entry (attached as Exhibit 1) dismissing Ottah's first amended complaint and giving Ottah until February 18, 2011 to "draft a new complaint and to send that complaint to First Mobile and its attorneys." Further, the Court stated that "[t]he new complaint should also be filed with the Court."

On January 31, 2010, FMT received several documents, including a document titled "Amendment Complaint," bearing the case number listed above. For the convenience of the Court, the documents mailed to FMT by Ottah are attached as Exhibit 2. The documents included a Request for Waiver of Service. Counsel for FMT received the same documents on February 28, 2011. According to the Clerk's Office, no corresponding complaint has been filed with the Court in the above-captioned case or any other case. While FMT is willing to waive service of the complaint, it believes that such complaint must be filed with the Court before it can technically waive service.

FMT seeks guidance on how to proceed in this matter. FMT suggests that the Court instruct the parties as follows, in accordance with the Court's January 14, 2011 Initial Pretrial Conference and Minute Entry:

3/2/2011 — I instruct the parties to proceed as suggested by FMT. Mr. Ottah you MUST FILE your amended complaint first, then serve other side. /s/ CM

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

USIDOCS 7866861v1

3/3/11 — copies mailed/faxed/handed to counsel on