SCANNED

Chikezie Ottah
1035 Clarkson Ave. Suite 5A
Brooklyn, N.Y 11212

DOC #: 34

May 23rd 2011

Hon. Colleen McMahon
United State District Judge
United States District Court
Southern District of New York
500 Pearls Street, NY, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/11
```

REQUESTING YOUR PERMISSION TO ADD EVIDENCE

Dear Hon. Judge McMahon

On may 5th 2011, l received a motion to dismiss from the defendant FMT representative (WilmerHale) Cosmin Maier, the motion to dismiss raise new issue which the defendant have opportunity to raise in his motion to dismiss on April 12 2011, and did not, again the defendant choose not to raise this issue on May 2 2011 motion to dismiss. The issue the defendant raised was " Ottah believes that a patentee can select component of a patent specification, combine those components with other components not even described in the patent specification at all"

This allegation is a serious matter, for the credibility of US patent 7152840, l addressed the issue(s) the defendant has raised using and directing the attention of the defendant, with page number, paragraph in the US 7152840 where his concern was addressed in clarity using the claimed drawing pages.

Your Hon. I plead that you admit May 13th 2011 affirmation of opposition to motion, while the defendant would like to remain blind to the truth, I have addressed his issue (s) having in mind that you have a decision that need clarity to make and that you will give both sides equal opportunity.

Sincerely
Chikezie Ottah

10 Civ. 7296 (CM)(DCF)

**MEMO ENDORSED**

5/31/2011

On a motion to dismiss I consider only the pleading itself - not evidence. There is no need for any supplemental briefing. Request denied.



RECEIVED MAY 23 2011 PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIKEZIE OTTAH

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

10 Civ. 7296 (CM)(DCF)

- against -

1st Mobile Technologies

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, CHIKEZIE OTTAH, declare under penalty of perjury that I have
served a copy of the attached LETTER TO THE JUDGE
*(document you are serving)*
upon Cosmin Maier (FMT) whose address is 355 Park
*(name of person served)*
Avenue, New York, NY 10022
*(where you served document)*
by U.S Postal Service
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: 05/23/11 , NYC
       *(town/city)*   *(state)*

May   23 , 20
*(month)* *(day) (year)*

Signature: Ottah

Address: 1035 Clarkson Avenue
City, State: Brooklyn, NY
Zip Code: 11212
Telephone Number: 718 581 4539

Rev. 05/2007