ORIGINAL

WILMERHALE

November 1, 2011

Hon. Colleen McMahon
United States District Judge
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/11

Cosmin Maier

+1 212 230 8816(t)
+1 212 230 8888(f)
cosmin.maier@wilmerhale.com

Re: *Chikezie Ottah v. First Mobile Technologies*, Case No. 1:10-cv-07296-CM (S.D.N.Y.)
    *Chikezie Ottah v. VeriFone Systems, Inc.*, Case No. 1:11-cv-06187-RMB (S.D.N.Y.)

Dear Judge McMahon:

MEMO ENDORSED

This firm represents Defendant First Mobile Technologies ("FMT") in Case No. 1:10-cv-07296-CM ("Ottah I"). On September 2, 2011, Plaintiff Chikezie Ottah filed a complaint against VeriFone Systems, Inc. ("VeriFone"), Case No. 1:11-cv-06187-RMB ("Ottah II"), which was assigned to Judge Richard M. Berman. This firm has been retained to serve as local counsel for VeriFone in Ottah II.

Pursuant to Local Civil Rule 1.6, VeriFone hereby notifies this Court regarding the pending Ottah II case. VeriFone is filing its answer in Ottah II today.

If the Court deems it in the interest of judicial efficiency, in order to avoid unnecessary duplication of judicial effort, VeriFone requests that the Ottah II case be transferred to Your Honor. Similar notice pursuant to Rule 1.6 is simultaneously being provided to Judge Berman.

Per the Individual Practices of Judge McMahon (and the convenience of Ottah), Ottah has simultaneously been sent a copy of this letter.

Respectfully submitted,

C. Maier

Cosmin Maier

Attorney for Defendant VeriFone Systems, Inc.

Cc:   Chikezie Ottah
      1035 Clarkson Ave, Suite 5A

*[Handwritten endorsement by Judge McMahon:]* I am not accepting this case — not all cases of Mr. Ottah's cases belong to me.

Colleen McMahon
11/2/11

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

ACTIVEUS 91196624v1

WILMERHALE

Hon. Colleen McMahon
November 1, 2011
Page 2

>   Brooklyn, NY 11212
>   Plaintiff *Pro Se*
>
>   Owen W. Dukelow
>   Kolisch Hartwell, P.C.
>   520 S.W. Yamhill Street
>   Portland, OR 97204
>   Attorney for Defendant VeriFone Systems, Inc.
>   *Of Counsel*