UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------X
CHIKEZIE OTTAH,

                Plaintiff,

-against-

FIRST MOBILE TECHNOLOGIES,
                Defendant.
------------------------------------------------------------X

10 **CIVIL** 7296 (CM)

**JUDGMENT**

Defendant First Mobile Technologies ("FMT") having moved for summary judgment on the ground of noninfringement, and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on February 17, 2012, having rendered its Decision and Order granting FMT's motion for summary judgment, and directing the Clerk to enter Judgment dismissing the action, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated February 17, 2012, FMT's motion for summary judgment is granted; accordingly, the action is dismissed.

**Dated:** New York, New York
         February 21, 2012

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**

                    **BY:**

                                          **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____