USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/12

PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIKEZIE OTTAH
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

10 Civ. 7296 (C) (M)

-against-

1st Mobile Technologies
_____

**REQUEST TO PROCEED
IN FORMA PAUPERIS
ON APPEAL**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, CHIKEZIE OTTAH, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* on appeal and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

The issues I desire to present on appeal are the following: 1st Mobile Technologies Note Book had be infringed on patent US 840. Claim 1- which was broadly written, documented a written section and dependent claimed 4 drawing sheets section, USPTO did not object to the claim. Evidence from the drawing incriminated "FMT" infringement on 840 patent. Examples of USPTO claims like ~~issued~~ my patent, (see US 4,160,135) and ~~###~~ so many others. Thanks.

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    _____
    _____

2.  If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    Dec. 3rd 2011
    Last payment Dec. 3rd 2011 $2,700

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    _Employment_

    a) Are you receiving any public benefits? ☒ No. ☐ Yes, $_____.

    b) Do you receive any income from any other source? ☒ No. ☐ Yes, $_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

    ☒ No.  ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒ No.  ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

    ☒ No.  ☐ Yes, $1,320.00

7. List the person(s) that you pay money to support and the amount you pay each month.

    _None_

8. State any special financial circumstances which the Court should consider.

    _Business/Employment Seasonal $ slow._

Rev. 07/2007

I understand that a false statement or answer to any question in this declaration shall subject me to the penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __02__ day of __27__, __2012__.
           *date*               *month*      *year*

_____
*Signature*

**Let the applicant proceed on appeal without prepayment of cost or fees or the necessity of giving security therefor.**

_____
United States District Judge

DATED: _____ ___, 20__

_____, New York

*Rev. 07/2007*