UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIKEZIE OJIAH

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 51
DATE FILED: 2/27/12

10 Civ. 7296 (C) (M)

-against-

1ST MOBILE TECHNOLOGIES

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**REQUEST TO PROCEED
IN FORMA PAUPERIS
ON APPEAL**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/29/12

I, CHIKEZIE OJIAH, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* on appeal and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

The issues I desire to present on appeal are the following: 1ST MOBILE TECHNOLOGIES NOTE BOOK HAD BE INFRINGED ON PATENT US 840. CLAIM 1. WHICH WAS BROADLY WRITTEN, DOCUMENTED A WRITTEN SECTION AND DEPENDENT CLAIMED 4 DRAWING SHEETS SECTION, USPTO DID NOT OBJECT TO THE CLAIM. EVIDENCE FROM THE DRAWING INCRIMINATED "FMT" INFRIGEMENT ON 840 PATENT. EXAMPLES OF USPTO CLAIMS LIKE ~~USPTO~~ MY PATENT. (SEE US. 4,160,135) AND ~~~~ SO MANY OTHERS. THANKS.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

MEMO ENDORSED

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

DEC. 3rd 2011
LAST PAYMENT DEC. 3rd 2011 $2,700

*Rev. 07/2007*

1

Copies mailed /faxed /handed to counsel on 2/29/12

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   Employment

   a) Are you receiving any public benefits?  ☒ No.   ☐ Yes, $_____.

   b) Do you receive any income from any other source?  ☒ No.   ☐ Yes, $_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☒ No.   ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No.   ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☒ No.   ☐ Yes, $1,320.00

7. List the person(s) that you pay money to support and the amount you pay each month.

   None

8. State any special financial circumstances which the Court should consider.

   Business/Employment Seasonal $ slow.

*Rev. 07/2007*

2

I understand that a false statement or answer to any question in this declaration shall subject me to the penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __6 2__ day of __2 7__, __20/2__.
            *date*           *month*     *year*

_____
Signature

*The motion is DENIED. Plaintiff can't afford to pay the fee and file this court's opinion appeal is frivolous.*

Let the applicant proceed on appeal without prepayment of cost or fees or the necessity of giving security therefor.

_____
United States District Judge

DATED: __Feb 28__, 20__12__
         __NY__, New York

*Rev. 07/2007*