UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIKEZIE OTTAH
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

181 Mobile Technologies
_____

_____

_____
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/12

10 Civ. 7296(C)(M)

NOTICE OF APPEAL
IN A CIVIL CASE

Notice is hereby given that   CHIKEZIE OTTAH
                              (party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

DECISION AND ORDER GRANTING DEFENDANT'S
motion FOR Summary (describe the judgment) JUDGMENT
ON AN INFRINGEMENT OF MY PATENT US 7,152,840

entered in this action on the  FEBRUARY  day of   17th  , 20 12 .
                                (date)             (month)      (year)

Signature: Ottah

Address: 1035 Clarkson Avenue

City, State & Zip Code: Brooklyn, NY 11212

DATED: FEB. 27, 2012    (718) 581-4539
                         Telephone Number

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

Rev. 05/2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 51
DATE FILED: 2/27/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIKEZIE OJIAH

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

10 Civ. 7296 ( C ) (M)

-against-

1st Mobile Technologies

REQUEST TO PROCEED
IN FORMA PAUPERIS
ON APPEAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 52
DATE FILED: 2/29/12

**MEMO ENDORSED**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, CHIKEZIE OJIAH, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* on appeal and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

The issues I desire to present on appeal are the following: 1st Mobile Technologies Note Book has be infringed on patent US 840. Claim 1- which was broadly written, documented a written section and dependent claimed 4 drawing sheets section, USPTO did not object to the claim. Evidence from the drawing incriminated "FMT" infringement on 840 patent. Examples of USPTO claims like ~~usually~~ my patent. (see US. 4,160,135) and ~~###~~ so many others. Thanks.

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

**MEMO ENDORSED**

_____

_____

2.  If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

Dec. 3rd 2011

Last payment Dec. 3rd 2011 $2,700

Rev. 07/2007

1

Copies mailed/faxed/handed to counsel on 2/29/12

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   Employment

   a) Are you receiving any public benefits?   ☒ No.   ☐ Yes, $_____.

   b) Do you receive any income from any other source?   ☒ No.   ☐ Yes, $_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☒ No.   ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No.   ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☒ No.   ☐ Yes, $1,320.00

7. List the person(s) that you pay money to support and the amount you pay each month.

   None

8. State any special financial circumstances which the Court should consider.

   Business/Employment seasonal s slow.

*Rev. 07/2007*

2

I understand that a false statement or answer to any question in this declaration shall subject me to the penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __02__ day of __27__, __2012__.
     *date*          *month*     *year*

_____
*Signature*

The motion is DENIED. Plaintiff can afford to pay the fee and in this court; the opinion the appeal is frivolous.

**Let the applicant proceed on appeal without prepayment of cost or fees or the necessity of giving security therefor.**

_____
United States District Judge

DATED: __Feb 28__, 20__12__
       __NY__, New York

*Rev. 07/2007*

3