

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

# MEMORANDUM
### Pro Se Office

**To:** Docketing Unit  CHIKEZIE OTTAH
**From:** 06/20/12, Pro Se Office, x0177

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/20/12

**Date memorandum prepared:** 06/20/12

**Notice received by Pro Se Office on:** 06/20/12

Docket #:        Civ. ____ ( )
Docket #: 11     Civ. 06187 ( ) MRB
Docket #:        Civ. ____ ( )
Docket #: 10     Civ. 7296 (CM) C.
Docket #:        Civ. ____ ( )
Docket #:        Civ. ____ ( )

**Change of address**

### PLEASE NOTE THE FOLLOWING CHANGE OF ADDRESS ON THE COURT'S DOCKET

**Name:** CHIKEZIE OTTAH

**ID #:**

**Facility:**

**Street address:** 648 DOROTHEA LANE

**City:** Elmont, New York,

**State:** New York

**Zip:** 11003

CHIKEZIE OTTAH
Ottah  6/20/12